UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HENRY ROJAS,

                Plaintiff,

-against-

FAMILY DELI 4 INC (DBA FAMILY DELI 4 TREMONT), and HASSAN KORAIN, individually,

                Defendants.

24-CV-230 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    Plaintiff Henry Rojas filed this action on January 11, 2024. ECF No. 1. Defendant Family Deli 4 Inc was served on January 25, 2024, ECF No. 9, and Defendant Hassan Joran was served on February 6, 2024, ECF No. 8. Neither Defendant has answered or otherwise made an appearance. On March 20, 2024, Plaintiff filed a request for the Clerk of Court to issue a Certificate of Entry of Default in this matter. ECF No. 10. On March 28, 2024, the Clerk of Court issued a Certificate of Default. To date, Plaintiff has not moved for default judgment.

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **May 24, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute. IT IS FURTHER HEREBY ORDERED that the joint letter and proposed case management plan due May 7, 2024 and the initial pretrial conference scheduled for May 14, 2024 are adjourned *sine die*.

Dated: May 9, 2024
       New York, New York

                                                SO ORDERED.

                                                *Jessica Clarke*
                                                _____
                                                JESSICA G. L. CLARKE
                                                United States District Judge