UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Henry Rojas,<br><br>    Plaintiff,<br><br>-against-<br><br>Family Deli 4 Inc,<br><br>    Defendants. | 24-CV-00230 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Due to the unavailability of the individual defendant, the settlement conference scheduled for Tuesday, September 24, 2024 is ADJOURNED. It is now rescheduled to **October 10, 2024 at 3:00 p.m,** in Courtroom 9B at 500 Pearl Street, New York, NY. Corporate parties must send the person with decision-making authority to settle the matter to the conference. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely. Counsel for the individual defendant shall, by **September 27, 2024**, e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov to provide confirmation of the individual defendant's flight abroad as well as of his planned date of return.

DATED:  September 20, 2024
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge