

VIA ECF

The Honorable Judge Clark
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Rojas v. Family Deli 4 Inc et al**, Case No. 1:24-cv-00230-JGLC

Dear Judge Clark,



I am writing to inform the Court that due to a calendaring error, I am unable to attend the rescheduled settlement conference in this matter, currently set for today at 12:00 Noon. Regrettably, this conflict arose from an inadvertent miscalculation of my schedule, and I sincerely apologize for any inconvenience this may cause.

I have consulted with opposing counsel, and they have provided their consent for me to submit this request on behalf of the parties. Given the circumstances, I respectfully request that the Court consider a further adjournment of the settlement conference or allow for the possibility of participation via remote means, should that be feasible.

Thank you for your understanding, and I appreciate the Court's consideration of this request

/s/
Lina Stillman

42 Broadway, 12th Floor
New York, NY 10004
Tel: (212) 832-1000
Fax: (212) 203-9115
LS@StillmanLegalPC.com

Application GRANTED. IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously scheduled for November 6, 2024 at 12:00 pm is ADJOURNED *sine die*. The parties are reminded that, per the Court's Individual Rules, all requests for adjournments must be made at least 48 hours prior to the deadline. The Court will not grant any further requests that do not comply with its Individual Rules.

The parties are ORDERED to submit a joint letter to the court by no later than November 8, 2024, stating whether they still desire to be referred to the District's Mediation Program. *See* ECF No. 30. A mediation referral will not alter the case management plan.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: November 7, 2024
      New York, New York