

August 1, 2025

VIA ECF
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Rojas v. Family Deli 4 Inc., et al.
Case No.: 1:24-cv-00230-JGLC

Dear Judge Tarnofsky:

I write jointly with counsel for Defendants to respectfully request an adjournment of the settlement conference currently scheduled for August 8, 2025, at 2:00 p.m.

The parties are scheduled to conduct depositions on August 15, 2025, which were coordinated based on the availability of both parties and witnesses. We believe that completing these depositions will significantly enhance the productivity of a settlement conference, as the testimony will provide greater clarity on the factual disputes central to the case.

Accordingly, the parties jointly request that the settlement conference be adjourned to a date convenient to the Court after August 15, 2025. We are available August 29th and can provide alternative dates if needed.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,
Lina Stillman, Esq.
Counsel for Plaintiff
cc: All Counsel of Record (via ECF)

---

> A settlement conference was scheduled for August 8, 2025. At the parties' request, it is now rescheduled to **Friday, August 29, 2025** at 2:00 p.m, to be held by video conference. The Courtroom Deputy will send the conference details to counsel. Pre-conference submissions must be received no later than **August 22, 2025,** at 5:00 p.m. Corporate parties must send the person with decision-making authority to settle the matter to the conference.
>
> The Clerk of Court is respectfully requested to terminate ECF 49.
>
> Date: August 5, 2025
> New York, NY
>
> SO ORDERED
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

42 BROADWAY, 12TH FLOOR NEW YORK NY 10004
212-832-1000

Fight for your rights!
Lucha por tus derechos!