UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY ROJAS,

                Plaintiff,

-against-

FAMILY DELI 4 INC, doing business as Family Deli 4 Tremont, and HASSAN KORAIN,

                Defendants.

24-CV-230 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    The Court will grant Joseph A. Altman's motion to be relieved as counsel for Defendant, Family Deli 4 Inc., doing business as Family Deli 4 Tremont. Before doing so, however, Mr. Altman shall serve this Order on his client and file proof of service by **October 28, 2025.**

    The Court hereby STAYS proceedings (and any associated deadlines) for thirty days to allow Defendants to retain new counsel. Any new counsel appearances shall be entered by **November 24, 2025**.

    The Court reminds Defendant Family Deli 4 Inc. that it must retain new counsel within thirty days and may not proceed *pro se*, because a corporate entity like Family Deli 4 Inc. may appear in federal court only through counsel. *See Lattanzio v. COMTA*, 481 F.3d 137, 139–40 (2d Cir. 2007) (collecting cases); *see also Jones v. Niagara Frontier Transp. Auth.,* 722 F.2d 20, 22 (2d Cir.1983) ("[I]t is established that a corporation, which is an artificial entity that can only act through agents, cannot proceed *pro se*.").

1

Should Family Deli 4 Inc. fail to retain new counsel and enter an appearance, default judgment may be entered against it. *See, e.g.*, *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192, 194 (2d Cir. 2006).

Dated: October 24, 2025
       New York, New York

                                               SO ORDERED.

                                               *Jessica Clarke*

                                               JESSICA G. L. CLARKE
                                             United States District Judge