UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY ROJAS,

                    Plaintiff,

          -against-                                 24-CV-230 (JGLC)

FAMILY DELI 4 INC., et al.,                         **ORDER**

                    Defendants.

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than January 29, 2026. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated:  January 15, 2026
        White Plains, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge