

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY ROJAS,
Plaintiff,

v. Case No. 1:24-cv-00230 (JGLC)

FAMILY DELI 4 INC., N & E DELI GROCERY CORP., MIKE 3 DELI GROCERY CORP.,
MIKE FAMILY DELI GROCERY CORP., HASSAN KORIN, RAGHAD F. KORIN, A.
SALAH KASEM, and FOUAD ALI KORIN,
Defendants.

January 28, 2026

Hon. Jessica G. L. Clarke
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Rojas v. Family Deli 4 Inc. et al., No. 1:24-cv-00230 (JGLC) — Request for Two-Week
Extension of Time to File Motion for Default Judgment

Dear Judge Clarke:

Plaintiff Henry Rojas, by and through counsel, respectfully submits this letter motion requesting
a two-week extension of the Court's January 29, 2026 deadline (ECF No. 80) to file Plaintiff's
motion for default judgment pursuant to Fed. R. Civ. P. 55 and Local Civil Rule 55.2.

Plaintiff requests that the deadline be extended to February 12, 2026.

This short extension will allow Plaintiff to file a complete and properly supported motion that
facilitates efficient review.

This is a first request for an extension of the deadline set by ECF No. 80. Defendants have not
appeared through counsel, and Plaintiff cannot obtain consent. Plaintiff will serve this letter
motion and any resulting order on Defendants by mail and file proof of service.

For the foregoing reasons, Plaintiff respectfully requests that the Court extend Plaintiff's
deadline to file the motion for default judgment to February 12, 2026.

Respectfully submitted,

/s/ Lina Stillman
Lina Stillman, Esq.

Stillman Legal, P.C.
42 Broadway, 12th Floor
New York, NY 10004
Tel: 212-203-2417
Email: LS@StillmanLegalPC.com

Attorney for Plaintiff Henry Rojas

---

Application GRANTED. Plaintiff's deadline to file his motion for default judgment, per ECF 80, is HEREBY EXTENDED to February 12, 2026. The Clerk of Court is directed to terminate ECF No. 81. Plaintiff is reminded that, per the Court's Individual Rules, requests for extensions must be made at least 48 hours prior to the deadline. The Court will not grant any further extensions that do not comply with its Individual Rules. The Clerk of Court is also directed to lift the stay.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE, United States District Judge
Dated: January 29, 2026
      White Plains, New York