

# STEPHEN D. HANS & ASSOCIATES, P.C.
### LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

**T:** 718.275.6700 • **F:** 718.275.6704

**STEPHEN D. HANS**
Tel: 718.275.6700
shans@hansassociates.com

March 19, 2026

**VIA ECF**
Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: <u>Rojas v. Family Deli 4 Inc. et al.</u>
     Case No.  24-cv-00230--JGLC

Dear Honorable Magistrate Tarnofsky:

   Our firm filed a Notice of Appearance for the Defendants N & E Deli Grocery Corp, Mike Family Deli Grocery Corp, Raghad F. Korin, and Fouad Ali Korin in the above-referenced case. Upon reviewing the docket, the Court Order dated February 17, 2026 (ECF No. 117) set a deadline for Defendants to respond as to why an Order should not be issued granting a default judgment on or before March 13, 2026. We apologize for the delay in submitting a response. The delay was unintentional and occurred because we were only recently retained a few days ago.

   My clients informed me that they were not aware of the pleadings in this matter until recently. Admittedly, their lack of response to the Court filings since the commencement of this action may give the impression that they were uninterested in complying. However, my clients fully understand the consequences of a default judgment and wish to avoid that outcome if possible. They are interested in cooperating with opposing counsel in an effort to resolve this matter.

   I have communicated with Ms. Stillman, with whom I have a very cordial and long-standing professional relationship. We have worked on numerous wage and hour cases, and I'm pleased to note that these cases have been successfully resolved either through mediation or by productive phone calls.

Accordingly, I respectfully request the Court's permission to immediately file an Answer to the Amended Complaint. Upon filing the Answer, I am prepared to confer with Ms. Stillman regarding participation in mediation in this matter, should the Court permit it. The Defendants will not delay these proceedings if granted the opportunity.

We thank the Court for its consideration on this matter and remain available to provide any additional information.

Respectfully Submitted,

*Stephen D. Hans*

Stephen D. Hans, Esq. (SH-0798)
30-30 Northern Boulevard, Suite 401
Long Island City, New York 11101
Tel: 718.275.6700
*Attorneys for the Defendants N & E Deli Grocery Corp.,*
*Mike Family Deli Grocery Corp, Raghad F. Korin, and*
*Fouad Ali Korin*

cc (via ECF): All counsel of record

Application GRANTED. In light of the Defendants' appearances in this matter and in favor of adjudication on the merits, the Court DENIES Plaintiff's Motion for Default Judgment. The Court extends Defendants' deadline to respond to the Amended Complaint to March 20, 2026. The Court orders the parties to file a joint letter by March 25, 2026, regarding alternative dispute resolution, including whether the parties would like to be referred to the District's Mediation Program or engage in settlement with Judge Tarnofsky.

The Clerk of Court is directed to terminate ECF No. 116.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE, United States District Judge
Dated: March 20, 2026
        White Plains, New York

2