UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY ROJAS,

Plaintiff,

-against-

FAMILY DELI 4 INC, et al.,

Defendants.

24-CV-230 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

As discussed in the October 16, 2026 conference in this matter, counsel are directed to confer and the parties are hereby ORDERED to file a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than **October 23, 2026**. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

Additionally, Defendants are ORDERED to serve Plaintiff with the documentation related to ownership and financials no later than **November 6, 2026**, prior to mediation.

Dated: October 16, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge