UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY ROJAS,

Plaintiff,

-against-

FAMILY DELI 4 INC., et al.,

Defendants.

24-CV-230 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Following the October 16, 2026 conference in this matter, the Court ordered the parties to file a proposed Civil Case Management Plan and Scheduling Order, no later than **October 23, 2026**. *See* ECF No. 131. However, the parties have yet to file anything upon the docket. The Court directs the parties to file their status letter and proposed Civil Case Management Plan and Scheduling Order by **October 30, 2026**.

Dated: October 28, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge